UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ARTHUR JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:11CV3 RWS |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

The Court referred this matter to United States Magistrate Judge Terry I. Adelman for a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b). On March 2, 2012, Judge Adelman filed his recommendation that the decision of the Commissioner denying plaintiff's application for disability insurance benefits under Title II of the Social Security Act and Supplemental Security Income under Title XVI of the Act be affirmed. No objections to Judge Adleman's Report and Recommendation were filed, and the time for filing objections or for seeking an extension of time to do so has expired.

After careful consideration, the Court will adopt and sustain the thorough reasoning of Magistrate Judge Adelman set forth in the Report and Recommendation of March 2, 2012.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation dated March 2, 2012 [#18] is adopted in its entirety.

A separate Judgment in accordance with this Memorandum and Order is entered this same date.

　　　　　　　　　　　　　　　／s／ Rodney W. Sippel
　　　　　　　　　　　　　　　RODNEY W. SIPPEL
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated this 19th day of March, 2012.